**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STANAJ MANAGEMENT COMPANY, LLC, et al.

      Plaintiffs,

v.                                                 Case No. 10-10273

JARMEL KIZEL ARCHITECTS AND
ENGINEERS, INC.,

      Defendant.
                                           /

**ORDER STAYING PROCEEDINGS PENDING SETTLEMENT**

On August 30, 2010, the court held a conference with counsel for Plaintiffs and Defendant in which both parties requested a stay of all proceedings pending any third party objections to a tentative settlement agreement. The parties will apprise the third party of the proposed settlement and await any objections. The court is satisfied that the parties will use this time productively. Accordingly,

IT IS ORDERED that all formal proceedings in this matter are STAYED until **September 13, 2010**. The parties are instructed to notify the court immediately if it becomes apparent that settlement will not be possible at this time.

IT IS FURTHER ORDERED that the parties will participate in a telephone status conference on **September 13, 2010, at 2:30 p.m.** The court will initiate the telephone call.

                                                         S/Robert H. Cleland
                                                         ROBERT H. CLELAND
                                                         UNITED STATES DISTRICT JUDGE

Dated: September 2, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 2, 2010, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522