**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

STANAJ MANAGEMENT COMPANY, LLC, et al.

    Plaintiffs,

v.                                                  Case No. 10-10273

JARMEL KIZEL ARCHITECTS AND
ENGINEERS, INC.,

    Defendant.
                                              /

**ORDER STAYING PROCEEDINGS PENDING SETTLEMENT**

On September 13, 2010, the court held a conference with counsel for Plaintiffs and Defendant in which all parties requested a further stay of proceedings pending continued attempts at a tentative settlement agreement. The court is satisfied that the parties will use this time productively. Accordingly,

IT IS ORDERED that all formal proceedings in this matter are STAYED until **September 28, 2010**. The parties are instructed to notify the court immediately if it becomes apparent that settlement will not be possible at this time.

IT IS FURTHER ORDERED that the parties will participate in a telephone status conference on **September 28, 2010, at 10:30 a.m.** The court will initiate the telephone call.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: September 14, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 14, 2010, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522